NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MERIAL LIMITED AND MERIAL SAS,**
*Plaintiffs-Appellees,*

v.

**VELCERA, INC. AND FIDOPHARM, INC.,**
*Defendants-Appellants.*

---

2012-1505

---

Appeal from the United States District Court for the Middle District of Georgia in case no. 12-CV-0075, Judge Clay D. Land.

---

## ON MOTION

---

## ORDER

Velcera, Inc. and FidoPharm, Inc. move to stay further proceedings in this case, pending finalization of settlement. The movants state that Merial Limited and Merial SAS consent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The movants must notify this court within 60 days if settlement is not completed.

FOR THE COURT

AUG 27 2012                          /s/ Jan Horbaly
Date                                 Jan Horbaly
                                     Clerk

cc: George C. Lombardi, Esq.
    Gregory A. Castanias, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 27 2012

JAN HORBALY
CLERK